Date of Arrest: 01/10

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Juan Manuel LOPEZ-Valenzuela<br>AKA: None Known<br>209121650<br>YOB: 1997<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. **24-01030MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about January 10, 2024, Defendant Juan Manuel LOPEZ-Valenzuela, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about August 22, 2023. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*/s/ Kaylee Tang*
Signature of Complainant

Jeffrey Longley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

January 10, 2024     at    Yuma, Arizona
Date                         City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Juan Manuel LOPEZ-Valenzuela
AKA: None Known
209121650

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about January 10, 2024, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Arivaca, Arizona on or about July 23, 2016. The Defendant has been removed on four (4) previous occasions. The Defendant was most recently removed on or about August 22, 2023, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about July 06, 2023, for the crime of Reentry of Removed Alien, a felony.

Border Patrol Agents determined that on or about January 10, 2024, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Jerry Lomeli and Zachary Daniels.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Cody Lamb.

*Kaylee Tang*
Signature of Complainant

Sworn to before me and subscribed telephonically,

January 10, 2024
Date

Signature of Judicial Officer